IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>　　Plaintiff,<br><br>v.<br><br>EXECUTIVE RELOCATION 401(ᴋ) PLAN,<br><br>　　Defendant. | No. 3:22-cv-00072-RGE-HCA<br><br>ORDER GRANTING<br>PLAINTIFF'S RENEWED<br>MOTION FOR<br>DEFAULT JUDGMENT |

　　Now before the Court is Plaintiff Julie A. Su, Acting Secretary of Labor, United State Department of Labor's renewed motion for default judgment against Defendant Executive Relocation 401(k) Plan—an employee benefits plan administered in accordance with the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 et seq. Plaintiff also seeks the appointment of an independent fiduciary to redress the Plan's alleged violations of the Employee Retirement Income Security Act. The Plan has not filed a response to the pending motion.

　　The record reflects service on the Plan was completed through publication in February 2023. Aff. of Publication, ECF No. 9; *see also* Fed. R. Civ. P. 4(h) (service on corporation, partnership, or association); Fed. R. Civ. P. 4(e)(1) ("following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made"); Iowa R. Civ. P. 1.310(11) (allowing plaintiff to serve defendant corporation, partnership, or association by publication "when no person can be found on whom personal service can be made"). On May 1, 2023, the Clerk of Court entered default pursuant to Federal Rule of Civil Procedure 55(a). Clerk's Entry Default, ECF No. 11. The Court previously granted Plaintiff's motion for default judgment as to liability. Order Re: Pl.'s Mot. Default J. 4–5, ECF No. 13.

Plaintiff now renews its motion for default judgment as to damages and its request for appointment of an independent fiduciary. Pl.'s Renewed Mot. Default J., ECF No. 14. The Court has reviewed the motion and all supporting documentation.

**IT IS ORDERED** that Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor's Renewed Motion for Default Judgment, ECF No. 14, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter default judgment against Defendant Executive Relocation 401(k) Plan and in favor of the Plaintiff in the amount $7,942.58, the amount established by the submitted documentation.

**IT IS FURTHER ORDERED** that the $7,942.58 in Plan assets presently held by Capital Group shall be released.

**IT IS FURTHER ORDERED** that Stewardship Capital is appointed as an independent fiduciary to distribute the Plan's assets to the two eligible remaining participants.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2024.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE