# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

JULIE A. SU,
Acting Secretary of Labor,
United States Department of Labor,

        Plaintiff,

v.

EXECUTIVE RELOCATION 401(K) PLAN,

        Defendant,

**CIVIL NUMBER: 3:22-cv-00072-RGE-HCA**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Pursuant to Order Granting Plaintiff's Renewed Motion for Default Judgment [15], the case is dismissed. Judgment is entered in favor of the Plaintiff in the amount $7,942.58 and against Defendant Executive Relocation 401(k) Plan.

Date: April 2, 2024

CLERK, U.S. DISTRICT COURT

/s/ Kandy Sands
_____
By: Deputy Clerk